termination of whether an insurer's delay is vexatious and unreasonable is a factual one committed to the sound discretion of the trial court; its determination will not be disturbed on review unless an abuse of discretion is demonstrated in the record. *Dark v. United States Fidelity & Guaranty Co.* (1988), 175 Ill. App. 3d 26, 30-31.

■ Here, we cannot say that it was an abuse of discretion for the trial court to conclude that the insurer's refusal to settle the plaintiff's claim did not constitute unreasonable or vexatious delay. Though we have arrived at an interpretation of the policy different from that advanced by the defendant, we believe it was reasonable for the trial court to conclude that the dispute over coverage was *bona fide.* We therefore affirm the trial court's order refusing to award attorney fees to the plaintiff.

The judgment of the circuit court of Kane County is affirmed.

Affirmed.

WOODWARD and INGLIS, JJ., concur.

---

*In re* N.R.L., a Minor (The People of the State of Illinois, Petitioner-Appellee, v. N.R.L., Respondent-Appellant).

Second District   No. 2—88—1107

Opinion filed July 18, 1990.

